UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-20508 -CR- JAL

UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                              **WAIVER**

Jorge Milton Cifuentes- Villa  Defendant.

_____/

I, Jorge Milton Cifuentes-Villa , the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to
a speedy arraignment .

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on
12-27-13 , my right to
a speedy arraignment

DATED: 12-27-13

_____
                                                    Defendant

_____
                                        Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to
a speedy arraignment .

DATED this 27th day of Dec. , 2013, at Miami ,
Southern District of Florida.

TAPE NO.:

_____
**ALICIA M. OTAZO-REYES**
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel, Probation, U.S. Marshal